UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER STANLEY FOLSOM,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SHASTA, et al.,<br><br>Defendants. | No. 2:21-cv-0186 KJM DB P<br><br>ORDER AND FINDINGS & RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. In an order filed March 17, 2021, this court found plaintiff failed to state any claims for relief cognizable under section 1983. This court gave plaintiff sixty days to file an amended complaint and recommended some claims be dismissed. (ECF No. 6.) The March 17 order and findings and recommendations was served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned by the postal service and plaintiff has failed to notify the court of a current address.

Accordingly, this court HEREBY withdraws its March 17 Findings and Recommendations.

Further, IT IS RECOMMENDED that this action be dismissed without prejudice for plaintiff's failure to prosecute and failure to comply with court orders. See E.D. Cal. R. 110 and 183(b); Fed. R. Civ. P. 41.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 28, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/civil rights/R/fols0186.33a